FILED
April 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )     Case No. 2:13-mj-00104-DAD
        Plaintiff,                  )
                                    )
v.                                  )
                                    )     ORDER FOR RELEASE OF
                                    )     PERSON IN CUSTODY
MATHEW RONALD JIMENEZ,              )
                                    )
        Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MATHEW RONALD JIMENEZ, Case No. 2:13-mj-00105-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $100,000.00.

    __X__ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/12/2013  at  2:59pm.

By _____
Edmund F. Brennan
United States Magistrate Judge