Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA  95814
(916) 447-0160

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00104 DAD |
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) CONTINUING PRELIMINARY HEARING |
| v. | ) DATE |
| MATHEW JIMINEZ, | ) |
|  | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on April 12, 2013, this matter was set for a Preliminary Hearing on May 3, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until May 6, 2013, at 2:00 p.m.

///

///

///

**IT IS SO STIPULATED.**


DATED: May 1, 2013            /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: May 1, 2013            /s/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant



### ORDER

  IT IS SO FOUND AND ORDERED, this 1st day of May, 2013.

**Date:  5/1/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE