1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MATTHEW JIMENEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        ) No. 2:13-cr-0150 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER VACATING
13     v.                           ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
14 MATTHEW JIMENEZ,                 )
                                    )
15                                  ) Date:  August 15, 2011
                Defendants.         ) Time:  9:00 a.m.
16                                  ) Judge: Honorable Judge Enland
   _____

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 JUSTIN LEE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for

20 Defendant MATTHEW JIMENEZ; that the status conference scheduled for June 27,

21 2013, be vacated and the matter be continued to this Court's criminal

22 calendar on August 15, 2013, at 9:00 a.m, for further status.

23     This continuance is requested by the defense in order to permit

24 review of discovery, client consultation concerning a possible plea

25 agreement and further negotiations with the prosecution.

26     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

27 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

28 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 15, 2013 date, and that Mr. Lee has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 24, 2013      /S/ Dina L. Santos
                          DINA L. SANTOS
                          Attorney for Defendant
                          MATTHEW JIMENEZ

Dated: June 24, 2013      /S/ Justin Lee
                          JUSTIN LEE
                          Assistant United States Attorney
                          Attorney for Plaintiff

**O R D E R**

In accordance with the foregoing stipulation, and good cause appearing, the status conference in this matter set for June 27, 2013 is hereby continued to August 15, 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

Date: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT