BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00150-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| MATHEW RONALD JIMENEZ, | |
| Defendant. | Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on August 14, 2014.
2. The PSR related to this case has not yet been completed.  The Probation Officer is scheduled to interview the defendant on July 22, 2014.
3. The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel No Later than August 21, 2014 (six weeks before sentencing).

Stipulation to Continue              1              United States v. Jimenez

4. Counsel's Written Objections to the Pre-Sentence Report Shall be delivered to the Probation Officer No Later than September 4, 2014 (four weeks before sentencing).

5. The Pre-Sentence Report Shall Be Filed with the Court No Later than September 11, 2014 (three weeks before sentencing).

6. Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court No Later than September 18, 2014 (two weeks before sentencing), any Reply or Statement shall be filed by September 25, 2014.

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until October 2, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: July 18, 2014         /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: July 18, 2014         /s/ Dina Santos
                             DINA SANTOS
                             Attorney for MATHEW RONALD JIMENEZ
                             (as authorized on July 18, 2014)

**ORDER**

    IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT