```
Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA  95814
(916) 447-0160
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) Case No. 2:13-cr-00150-MCE-1
                                 )
        Plaintiff,                ) STIPULATION AND ORDER
                                 ) CONTINUING J&S
     v.                          )
                                 )
MATHEW JIMINEZ,                  ) Judge: Hon. England
                                 ) Date:  Dec. 4, 2014
        Defendant.                )
                                 )
                                 )
                                 )
```

**<u>STIPULATION</u>**

The United States, by and through their representative, Assistant United States Attorney Justin Lee, and the defendant Mathew Jimenez, by and through his counsel of record Attorney Dina L. Santos, hereby stipulate that the date currently sent for Judgment and Sentencing on October 2, 2014, shall be continued to December 4, 2014.

///

//

/

Stipulation to Continue                1                United States v. Jimenez

**IT IS SO STIPULATED.**

DATED: September 29, 2014      /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: September 29, 2014      /s/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant

             **ORDER**

  IT IS SO ORDERED.

DATED:   September 30, 2014    _____
                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                               UNITED STATES DISTRICT COURT