```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-CR-00150-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING JUDGMENT AND<br>) SENTENCING DATE |
| MATHEW RONALD JIMENEZ, | ) |
| Defendant. | ) Judge: Hon. Morrison C. England |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on December 4, 2014.
2. Defense counsel is still investigating several matters related to sentencing mitigation.

///

///

///

Stipulation to Continue         1         United States v. Jimenez

3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until January 29, 2015, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: November 23, 2014          /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: November 23, 2014          /s/ Dina Santos
DINA SANTOS
Attorney for MATHEW RONALD JIMENEZ
(as authorized on November 21, 2014)

**ORDER**

IT IS SO ORDERED.

DATED:   December 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT