```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00150-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| MATHEW RONALD JIMENEZ, | |
| Defendant. | Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on January 29, 2015.
2. Defense counsel is still investigating several matters related to sentencing mitigation.

///

///

///

3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until March 12, 2015, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: January 23, 2015        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: January 23, 2015        /s/ Dina Santos
                               DINA SANTOS
                               Attorney for MATHEW RONALD JIMENEZ
                               (as authorized on January 23, 2015)

**ORDER**

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT